NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAZZ PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

**v.**

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

---

2024-2274

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00691-GBW, Judge Gregory Brian Williams.

-------------------------------------------------

**JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs-Appellees*

**v.**

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

---

2024-2277

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01138-GBW, Judge Gregory Brian Williams.

------------------------------------------------

**JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs-Appellees*

**v.**

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

---

2024-2278

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01594-GBW, Judge Gregory Brian Williams.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of Avadel CNS Pharmaceuticals, LLC's motion for leave to file supplemental briefing regarding its motions for relief under Federal Rule of Appellate Procedure 8 and the unopposed supplemental briefing schedule,

IT IS ORDERED THAT:

The motion for leave to file supplemental briefing is granted to the extent that pages 50 through 294 of ECF No. 23 are accepted as the confidential version of Avadel's supplemental brief and pages 50 through 80 of ECF No. 22 are accepted as the non-confidential version; Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited may file a two-page supplemental response no later than 12:00 pm ET on September 27, 2024; and Avadel may file a one-page supplemental reply no later than 6:00 pm ET on September 27, 2024.

FOR THE COURT

September 26, 2024
Date

Jarrett B. Perlow
Clerk of Court